*Form 130* (3/23)–doc 4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Christopher Ray Feliciano ) Case No. 24–14042–amc
)
)
Debtor(s). ) Chapter: 13
)
)

## Order Requiring Documents

**AND NOW,** the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

Documents and Deadline

Means Test Calculation 122C–2 Due 11/25/24
Plan Due 11/25/24
Schedules A Due 11/25/24
Schedules B Due 11/25/24
Schedules C Due 11/25/24
Schedules D Due 11/25/24
Schedules E Due 11/25/24
Schedules F Due 11/25/24
Schedules G Due 11/25/24
Schedules H Due 11/25/24
Schedules I Due 11/25/24
Schedules J Due 11/25/24
Statement of Current Monthly Income (122C–1) Due 11/25/24
Statement of Financial Affairs Due 11/25/24
Summary of Assets and Liabilities Due 11/25/24

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

Date: November 12, 2024

By the Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court