# Earnings Statement

**ADP**

DELAWARE RIVER WATERFRONT CORP.
121 N COLUMBUS BLVD
PHILADELPHIA, PA 19106

Period Beginning: 09/30/2024
Period Ending: 10/13/2024
Pay Date: 10/18/2024

CHRISTOPHER FELICIANO
1618 CADWALLADER STREET
PHILADELPHIA PA 19122

Filing Status: Single/Married filing separately
Exemptions/Allowances:
    Federal: Optional Higher Withholding Table, $10 Extra Withholding

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.0000 | 72.00 | 1,224.00 | 25,450.05 |
| Over Time | 25.5000 | 4.00 | 102.00 | 4,037.18 |
| PTO | 17.0000 | 16.00 | 272.00 | 583.10 |
| DoubleTime | | | | 480.00 |
| RETRO PAY | | | | 184.31 |
| **Gross Pay** | | | **$1,598.00** | 30,734.64 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| X | 1,598.00 | |

**Important Notes**
BASIS OF PAY: HOURLY

| Deductions | | | |
|---|---|---|---|
| Statutory | | | |
| Federal Income Tax | | -204.65 | 3,691.19 |
| Social Security Tax | | -99.08 | 1,905.55 |
| Medicare Tax | | -23.17 | 445.65 |
| PA State Income Tax | | -49.06 | 943.56 |
| Philadelphia Income Tax | | -59.93 | 1,152.55 |
| PA SUI Tax | | -1.11 | 21.51 |
| Other | | | |
| Security Dues | | -23.97 | 461.01 |
| **Net Pay** | | **$1,137.03** | |
| Checking 2 | | -1,137.03 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $1,598.00

© 2000 ADP, Inc.

DELAWARE RIVER WATERFRONT CORP.
121 N COLUMBUS BLVD
PHILADELPHIA, PA 19106

Advice number: 00000420073
Pay date: 10/18/2024

Deposited to the account of
CHRISTOPHER FELICIANO

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxx2069 | xxxx xxxx | $1,137.03 |



THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

DELAWARE RIVER WATERFRONT CORP.
121 N COLUMBUS BLVD
PHILADELPHIA, PA 19106

Period Beginning: 10/14/2024
Period Ending: 10/27/2024
Pay Date: 11/01/2024

Filing Status: Single/Married filing separately
Exemptions/Allowances:
 Federal: Optional Higher Withholding Table,$10 Extra Withholding

CHRISTOPHER FELICIANO
1618 CADWALLADER STREET
PHILADELPHIA PA 19122

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.0000 | 80.00 | 1,360.00 | 26,810.05 |
| Over Time | 25.5000 | 48.00 | 1,224.00 | 5,261.18 |
| DoubleTime | | | | 480.00 |
| PTO | | | | 583.10 |
| RETRO PAY | | | | 184.31 |
| **Gross Pay** | | | **$2,584.00** | 33,318.64 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| X | 2,584.00 | |

**Important Notes**
BASIS OF PAY: HOURLY

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -428.97 | 4,120.16 |
| Social Security Tax | | -160.21 | 2,065.76 |
| Medicare Tax | | -37.47 | 483.12 |
| PA State Income Tax | | -79.33 | 1,022.89 |
| Philadelphia Income Tax | | -96.90 | 1,249.45 |
| PA SUI Tax | | -1.81 | 23.32 |
| **Other** | | | |
| Security Dues | | -38.76 | 499.77 |
| **Net Pay** | | **$1,740.55** | |
| Checking 2 | | -1,740.55 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are
$2,584.00

© 2000 ADP, Inc.

---

DELAWARE RIVER WATERFRONT CORP.
121 N COLUMBUS BLVD
PHILADELPHIA, PA 19106

Advice number: 00000440068
Pay date: 11/01/2024

Deposited to the account of
CHRISTOPHER FELICIANO

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxxxx2069 | xxxx xxxx | $1,740.55 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

DELAWARE RIVER WATERFRONT CORP.
121 N COLUMBUS BLVD
PHILADELPHIA, PA 19106

Period Beginning: 09/16/2024
Period Ending: 09/29/2024
Pay Date: 10/04/2024

CHRISTOPHER FELICIANO
1618 CADWALLADER STREET
PHILADELPHIA PA 19122

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Optional Higher Withholding Table,$10
          Extra Withholding

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.0000 | 80.00 | 1,360.00 | 24,226.05 |
| Over Time | 25.5000 | 10.00 | 255.00 | 3,935.18 |
| PTO | 17.0000 | 8.00 | 136.00 | 311.10 |
| DoubleTime | | | | 480.00 |
| RETRO PAY | | | | 184.31 |
| **Gross Pay** | | | **$1,751.00** | 29,136.64 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| X | 1,751.00 | |

**Important Notes**
BASIS OF PAY: HOURLY

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -238.31 | 3,486.54 |
| Social Security Tax | | -108.56 | 1,806.47 |
| Medicare Tax | | -25.39 | 422.48 |
| PA State Income Tax | | -53.76 | 894.50 |
| Philadelphia Income Tax | | -65.66 | 1,092.62 |
| PA SUI Tax | | -1.23 | 20.40 |
| **Other** | | | |
| Security Dues | | -26.27 | 437.04 |
| **Net Pay** | | **$1,231.82** | |
| Checking 2 | | -1,231.82 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $1,751.00

© 2000 ADP, Inc.

---

DELAWARE RIVER WATERFRONT CORP.
121 N COLUMBUS BLVD
PHILADELPHIA, PA 19106

Advice number: 00000400074
Pay date: 10/04/2024



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| CHRISTOPHER FELICIANO | xxxxxxxxx2069 | xxxx xxxx | $1,231.82 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

DELAWARE RIVER WATERFRONT CORP.
121 N COLUMBUS BLVD
PHILADELPHIA, PA 19106

Period Beginning: 09/02/2024
Period Ending: 09/15/2024
Pay Date: 09/20/2024

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Optional Higher Withholding Table,$10
    Extra Withholding

CHRISTOPHER FELICIANO
1618 CADWALLADER STREET
PHILADELPHIA PA 19122

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.0000 | 80.00 | 1,360.00 | 22,866.05 |
| Over Time | 25.5000 | 7.00 | 178.50 | 3,680.18 |
| PTO | 17.0000 | 7.00 | 119.00 | 175.10 |
| DoubleTime | | | | 480.00 |
| RETRO PAY | | | | 184.31 |
| **Gross Pay** | | | **$1,657.50** | 27,385.64 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| X | 1,657.50 | |

**Important Notes**
BASIS OF PAY: HOURLY

| Deductions | | | |
|---|---|---|---|
| Statutory | | | |
| Federal Income Tax | -217.74 | | 3,248.23 |
| Social Security Tax | -102.77 | | 1,697.91 |
| Medicare Tax | -24.03 | | 397.09 |
| PA State Income Tax | -50.89 | | 840.74 |
| Philadelphia Income Tax | -62.16 | | 1,026.96 |
| PA SUI Tax | -1.16 | | 19.17 |
| Other | | | |
| Security Dues | -24.86 | | 410.77 |
| **Net Pay** | | **$1,173.89** | |
| Checking 2 | -1,173.89 | | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $1,657.50

© 2000 ADP, Inc.

---

DELAWARE RIVER WATERFRONT CORP.
121 N COLUMBUS BLVD
PHILADELPHIA, PA 19106

Advice number: 00000380095
Pay date: 09/20/2024

Deposited to the account of
CHRISTOPHER FELICIANO

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxx2069 | xxxx xxxx | $1,173.89 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement 

DELAWARE RIVER WATERFRONT CORP.
121 N COLUMBUS BLVD
PHILADELPHIA, PA 19106

Period Beginning: 08/19/2024
Period Ending: 09/01/2024
Pay Date: 09/06/2024

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Optional Higher Withholding Table,$10
    Extra Withholding

CHRISTOPHER FELICIANO
1618 CADWALLADER STREET
PHILADELPHIA PA 19122

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.0000 | 80.00 | 1,360.00 | 21,506.05 |
| Over Time | 25.5000 | 3.25 | 82.88 | 3,501.68 |
| PTO | 17.0000 | 3.30 | 56.10 | 56.10 |
| DoubleTime | | | | 480.00 |
| RETRO PAY | | | | 184.31 |
| **Gross Pay** | | | **$1,498.98** | 25,728.14 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| X | 1,498.98 | |

**Important Notes**
BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -182.87 | 3,030.49 |
| | Social Security Tax | -92.93 | 1,595.14 |
| | Medicare Tax | -21.74 | 373.06 |
| | PA State Income Tax | -46.02 | 789.85 |
| | Philadelphia Income Tax | -56.21 | 964.80 |
| | PA SUI Tax | -1.05 | 18.01 |
| | Other | | |
| | Security Dues | -22.48 | 385.91 |
| **Net Pay** | | **$1,075.68** | |
| | Checking 2 | -1,075.68 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are
$1,498.98

© 2000 ADP, Inc.

---

DELAWARE RIVER WATERFRONT CORP.
121 N COLUMBUS BLVD
PHILADELPHIA, PA 19106

Advice number: 00000360084
Pay date: 09/06/2024

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| CHRISTOPHER FELICIANO | xxxxxxxxx2069 | xxxx xxxx | $1,075.68 |



**NON-NEGOTIABLE**