**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Christopher Ray Feliciano,<br><br>*Debtor.* | Case No. 25-14042-DJB<br>Chapter 13 |

**Praecipe to Withdraw Document**

To the Clerk of Court:

Please withdraw the Second Amended Chapter 13 Plan and its attachments filed with the Court on July 21, 2025, as ECF No. 21. Thank you.

Date: July 28, 2025

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com