## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Christopher Ray Feliciano,<br><br>*Debtor*. | Case No. 25-14042-AMC<br>Chapter 13 |

**Certificate of Service**

    I, Michael A. Cibik, certify that on July 28, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Second Amended Chapter 13 Plan

    I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: July 28, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
Method of Service: CM/ECF

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
Method of Service: CM/ECF

**Limosa, LLC**
c/o Land Home Financial Services, Inc.
P.O. Box 660155
Dallas, TX 75266-0155
Method of Service: CM/ECF

**City of Philadelphia Law Department**
Tax Litigation and Collections Unit
1401 John F. Kennedy Blvd., Suite 580
Philadelphia, PA 19102
Method of Service: First Class Mail