United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                    Case No. 24-14042-djb

Christopher Ray Feliciano                                                 Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                  User: admin                          Page 1 of 2

Date Rcvd: Apr 02, 2026               Form ID: pdf900                       Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Christopher Ray Feliciano, 1618 N Cadwallader St, Philadelphia, PA 19122-3014 |
| 14949291 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14969915 | + | Philadelphia Gas Works - Bankruptcy Dept 3FL, 800 W Montgomery Ave., Philadelphia, PA 19122-2898 |
| 14949294 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14949298 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Apr 03 2026 00:22:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 03 2026 00:21:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14994391 | Email/Text: megan.harper@phila.gov | Apr 03 2026 00:22:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14949286 | Email/Text: megan.harper@phila.gov | Apr 03 2026 00:22:00 | City of Philadelphia, Law Department, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14949287 | Email/Text: megan.harper@phila.gov | Apr 03 2026 00:22:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15002591 | Email/Text: megan.harper@phila.gov | Apr 03 2026 00:22:00 | City of Philadelphia Law Department, Tax Litigation and Collections Unit, 1401 John F. Kennedy Blvd., Suite 580, Philadelphia, PA 19102 |
| 14949288 | Email/Text: bankruptcy@philapark.org | Apr 03 2026 00:22:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14949289 | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 03 2026 00:21:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14949290 | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 03 2026 00:22:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, Po Box 7999, Saint Cloud, MN 56302-7999 |
| 14967818 | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 03 2026 00:22:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14949292 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 03 2026 00:21:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14949293 | ^ MEBN | | |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Apr 02, 2026 | Form ID: pdf900 | Total Noticed: 22

| | | Apr 03 2026 00:19:42 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14949295 | Email/Text: bankruptcy@philapark.org | Apr 03 2026 00:22:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14949296 | Email/Text: dbogucki@trumark.org | Apr 03 2026 00:22:00 | Trumark Financial Credit Union, Attn: Bankruptcy, 335 Commerce Dr, Ft Washington, PA 19034-2701 |
| 14949297 | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 03 2026 00:22:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14949299 | Email/Text: bankruptcies@uplift.com | Apr 03 2026 00:21:00 | Uplift Inc, Attn: Bankruptcy 440 N. Wolfe Road, Sunnyvale, CA 94085 |
| 14966674 | + Email/PDF: ebn_ais@aisinfo.com | Apr 03 2026 00:31:04 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 17

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2026          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Christopher Ray Feliciano help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                          Chapter 13
    CHRISTOPHER RAY FELICIANO

                                    Bankruptcy No. 24-14042-DJB

               Debtor

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: April 2, 2026**

_____
Honorable Derek J. Baker
Bankruptcy Judge